922

No. 78–359. HORD ET AL. *v.* ASKEW, GOVERNOR OF FLORIDA, ET AL. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 78–376. PABST *v.* COMMISSIONER OF TAXES OF VERMONT. Appeal from Sup. Ct. Vt. dismissed for want of substantial federal question.

No. 78–377. SCUDDER *v.* FLORIDA POWER CORP. ET AL. Appeal from Dist. Ct. App. Fla., 2d Dist., dismissed for want of substantial federal question.

No. 78–386. CITY OF ROCHESTER ET AL. *v.* WALDERT. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 78–389. KAYE ET AL. *v.* WHALEN, COMMISSIONER OF HEALTH OF NEW YORK, ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 78–40. WESTERN OIL & GAS ASSN. ET AL. *v.* ALASKA ET AL. C. A. D. C. Cir. Certiorari granted. Part II–C of decision below is vacated and case is remanded to the United States District Court for the District of Columbia for dismissal of paragraph 37 (j) of the complaint.

No. 78–327. CALIFORNIA *v.* JESSE W., A MINOR. Sup. Ct. Cal. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Swisher* v. *Brady*, 438 U. S. 204 (1978).